CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE VA
FILED
MAR 05 2010
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| QUENTIN MCLEAN,<br>　　Plaintiff, | )<br>)　Civil Action No. 7:10cv00032<br>) |
| v. | )　**FINAL ORDER**<br>) |
| MR. WADE, et al.,<br>　　Defendants. | )　By: Samuel G. Wilson<br>)　United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that McLean's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); his motion to proceed in forma pauperis is hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 5TH day of March, 2010.

_____
United States District Judge